

2001 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-4-2001

# Bohler Uddeholm Amer v. Ellwood Grp Inc

Precedential or Non-Precedential:

Docket 99-3773

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2001

Recommended Citation

"Bohler Uddeholm Amer v. Ellwood Grp Inc" (2001). *2001 Decisions.* Paper 121.
http://digitalcommons.law.villanova.edu/thirdcircuit_2001/121

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2001 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNREPORTED

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 99-3773
_____

BOHLER-UDDEHOLM AMERICA, INC., a Delaware Corporation;
BOHLER-UDDEHOLM COPORATION, a New York Corporation

v.

ELLWOOD GROUP, INC., a Pennsylvania Corporation;
ELLWOOD QUALITY STEELS COMPANY, a Pennsylvania business trust;
ELLWOOD SPECIALTY STEEL COMPANY, a Pennsylvania corporation
DAVID E. BARENSFELD, an individual;

v.

BOHLER-UDDEHOLM COPORATION, a New York corporation;
UDDEHOLM LIMITED, a Canadian corporation

Ellwood Group, Inc.; Ellwood Quality Steels Co.;
Ellwood Specialty Steel Co.; David Barensfeld;
Bjorn E. Gabrielsson, Appellants
_____

On Appeal From the United States District Court
For the Western District of Pennsylvania
(D.C. Civ. Nos. 91-cv-00706 and 96-cv-00734)
District Judge: Honorable Robert J. Cindrich
_____

Argued: July 19, 2000

Before: BECKER, Chief Judge, SLOVITER and NYGAARD,
Circuit Judges.

_____

ORDER AMENDING OPINION
_____

The slip opinion filed on April 11, 2001 in the above case is hereby amended as
follows:
    1.  On page 10, line8, the word "misrepresentation" should be replaced with
"misappropriation."

BY THE COURT:

/s/Edward R. Becker

                         Chief Judge

DATED: June 4, 2001